UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LEE DANIELS,

        Petitioner,

                                            Case No. 4:03-cv-57

v.

                                            Hon. Wendell A. Miles

KURT JONES,

        Respondent.
_____/

## ORDER

On April 15, 2003, Petitioner filed a petition for habeas relief, and has paid the full filing fee of $5.00. 28 U.S.C. § 1914(a). Presently before the court is Petitioner's Notice of Request for In Forma Pauperis Status. This court may authorize the commencement of a habeas corpus action without the prepayment of the filing fee for a person who cannot afford the costs of bringing the action. 28 U.S.C. § 1915(a)(1). Because Petitioner has already paid the filing fee and effected service on the Respondent, his request to proceed in forma pauperis is not necessary.

Accordingly, Petitioner's application for leave to proceed in forma pauperis (docket #111) is DENIED.

So ordered this 24th day of November, 2008.

                                                          /s/ Wendell A. Miles
                                                          Wendell A. Miles
                                                          Senior U.S. District Judge